NUMBERS 13-04-000288-CV & 13-04-000293-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

13-04-00288-CV

IN RE PUFFER-SWEIVEN, INC.
___________ _______________________________________________________

13-04-00293-CV

IN RE FLOWSERVE U.S., INC., ET AL.
___________________________________________________________________
                                                                                                
On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Garza 
Per Curiam Memorandum Opinion




         Relator, Puffer-Sweiven, Inc. filed a petition for writ of mandamus in the above
cause on June 9, 2004. Relators, Flowserve U.S., Inc., et al., filed a similar petition
for writ of mandamus on June 15, 2004. The petitions were consolidated by order
of the Court on June 23, 2004. The Court, having examined and fully considered the
petitions for writ of mandamus, and the response, is of the opinion that relators have
not shown themselves entitled to the relief sought and the petitions for writ of
mandamus should be denied. See Tex. R. App. P. 52.8. Accordingly, the petitions for
writ of mandamus are DENIED. 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 16th day of July, 2004.